**1**

Mrs. Josephine RIMA et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 16, 1925.) No. 6992. In Error to the District Court of the United States for the Western District of Missouri. John S. Bates, of Kansas City, Mo., for plaintiffs in error. H. L. Donnelly, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**2**

Armond H. ROEMER, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 26, 1925.) No. 6796. In Error to the District Court of the United States for the District of Nebraska. Earl H. Bowles, of Independence, Mo., and Hugh A. Myers, of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**3**

Maurice ROOD, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. April 16, 1925.) No. 2373. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. J. Raymond Gordon, of Charleston, W. Va., for plaintiff in error. B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va.

PER CURIAM. Order docketing and dismissing case under rule 16 filed.

---

**4**

Jesse C. RUMSEY, Appellant, v. W. I. BIDDLE, Warden, etc. (Circuit Court of Appeals, Eighth Circuit. March 17, 1925.) No. 6626. Appeal from the District Court of the United States for the District of Kansas. For opinion below, see 291 F. 671. Robert K. Ryland and Paul R. Stinson, both of Kansas City, Mo., for appellant. Alton H. Skinner, Asst. U. S. Atty., of Topeka, Kan., for appellee.

PER CURIAM. Appeal dismissed, without prejudice and without costs to either party in this court, per stipulation of parties.

---

**5**

Sam RUSSO et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 10, 1924.) No. 6891. In Error to the District Court of the United States for the Eastern District of Missouri. A. Canzoneri, of St. Louis, Mo., for plaintiffs in error. Carroll W. Harlan, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation of parties.

---

**6**

Thomas J. RYAN, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 28, 1925.) No. 7032. In Error to the District Court of the United States for the Western District of Arkansas. Paul Jones and Paul Jones, Jr., both of Texarkana, Ark., and W. T. Williams, of Austin, Tex., for plaintiff in error. S. S. Langley, U. S. Atty., of Fort Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of plaintiff in error and stipulation of parties.